

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Law Offices Of Daniel A. Kaplan; Panakos Law, APC; Aaron D. Sadock, <br><br>                                   **Plaintiff,** <br>                          **V.** <br><br> Domi Publications, LLC., Debtor, <br><br>                                   **Defendant.** | **Civil Action No.**  20-cv-00874-JAH-BGS <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The subpoenas subject to the Movants' Motion to Quash have been withdrawn by Creditors.  Thus, the Court's ability to exercise its authority in this case (i.e. its ability to quash subpoenas) has been terminated. Accordingly, the Court denies as moot the Movants' Motion to Quash Out of District Subpoenas.

**Date:**     6/26/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris
                                              T. Ferris, Deputy